UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. BESS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. BARROSO, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-06095-JSC<br><br>**ORDER DENYING MOTION TO COMPEL**<br><br>Re: Dkt. No. 23 |

　　　Plaintiff, a California prisoner proceeding without representation by an attorney, filed a motion to compel Defendants to produce a copy of his deposition transcript.  (ECF No. 23.)  In their opposition to this motion, Defendants show that since receiving the motion, they have sent a copy of the transcript to Plaintiff's prison for his review.  (ECF Nos. 24, 24-1.)  As Plaintiff has received the transcript, his motion to compel the production of the transcript is moot.

　　　Plaintiff requests the Court issue "any necessary judicial warning, referral, or sanctions."  (ECF No. 23 at 6.)  Plaintiff has not shown, and the Court does not find, any sanction, referral, or warning warranted under the Federal Rules of Civil Procedure.

　　　Plaintiff also "objects" to Defendants' motion for an extension of time to file a motion for summary judgment (ECF No. 21).  He asserts the request for an extension is "prejudicial" and "transparently designed to suppress meaningful opposition."  (ECF No. 23 at 5.)  These assertions are conclusory insofar as Plaintiff does not explain how an extension of time will prejudice him or "suppress" his opposition to the motion for summary judgment.  (*Id.*)  Accordingly, the Court finds Plaintiff's objections unpersuasive.[1]

//

---

[1] The motion has been granted.  (ECF No. 22.)

For the reasons discussed above, Plaintiff's motion to compel and for sanctions is DENIED.

This Order disposes of Docket No. 23.

**IT IS SO ORDERED.**

Dated: August 18, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge